**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHAEL ERBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 16-CV-131-JHP-FHM |
| THE WILLIAMS COMPANIES, INC., | ) | |
| WILLIAMS PARTNERS L.P., WILLIAMS | ) | |
| PARTNERS GP LLC, ALAN S. | ) | |
| ARMSTRONG and DONALD R. CHAPPEL, | ) | |
| | ) | |
| | ) | |
| Defendants. | | |

## JUDGMENT

Pursuant to the Order entered the 8th day of March, 2017, granting the Defendants' Motion to Dismiss, the Court grants judgment in favor of the Defendants and against the Plaintiff.

**IT IS SO ORDERED** this 8th day of March, 2017.

James H. Payne
United States District Judge
Northern District of Oklahoma